STATE v. TAYLOR

No. 251P85.

Case below: 74 N.C. App. 326.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 19 September 1985.

STATE v. WEST

No. 545PA85.

Case below: 76 N.C. App. 459.

Petition by Attorney General for discretionary review under G.S. 7A-31 allowed 26 September 1985. Petition by Attorney General for writ of supersedeas and temporary stay allowed 26 September 1985.

STATE v. WHITE

No. 300P85.

Case below: 74 N.C. App. 504.

Petition by defendant for discretionary review under G.S. 7A-31 denied 19 September 1985. Existing temporary stay dissolved 19 September 1985.

STATE v. WILLIAMS

No. 364P85.

Case below: 74 N.C. App. 695.

Petition by Attorney General for discretionary review under G.S. 7A-31 and petition for writ of supersedeas and temporary stay denied 30 September 1985.

STATE ex rel. COMR. OF INSURANCE v. N. C. RATE BUREAU

No. 435P85.

Case below: 75 N.C. App. 201.

Petition by appellant for discretionary review under G.S. 7A-31 denied 19 September 1985.